BEFORE THE SECOND DIVISION, FEBRUARY 17, 1969

**No. P69/46.**—Toyoshima & Co., Inc., et al. *v.* United States, protests 62/2244, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of children's apparel in the form of sets, each set consisting of a blouse and a pair of shorts, and following the principle established in *Miniature Fashions, Inc.* v. *United States* (54 CCPA 11, C.A.D. 894), wherein certain "2-piece shirt-short sets" were held properly dutiable as entireties, the claim of the plaintiffs were sustained.

**No. P69/47.**—Ross Products, Inc. *v.* United States, protest 67/84381 (Baltimore).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein said batteries were held to be separately dutiable and that no separate value for each of said items had been returned by the appraiser, the protest was dismissed and the matter remanded to a single judge sitting in reappraisement to determine the separate value of the flashlights and batteries in the manner provided by law. (28 U.S.C. § 2636 (d).)